

# MANDATE

## Court of Appeals

## First District of Texas

NO. 01-14-00990-CV

MANFRED FINK, Appellant

V.

JOANN D. ANDERSON, BETTY BAILEY, DOUG BIRD, ANN BROWN, BRAD BULLOCK, M.D., JIM BYRON, MIKE CLANN, CLAIRE CROWDER, EVAN QUIROS, PAUL FULMER, M.D., ERIC GEIBEL, MARK GRIFFIN, STEVE GERGUIS, STACEY HARVEY, BILL HENDERSON, ALLEN HOLT, LINDA HUDSON, CULLEN KAPPLER, RALPH KIRKLAND, SAM LO, M.D., THOMAS LU, M.D., GAILER MILLER HOLD, MARY QUIROS, LARRY SAMS, BOB SOLBERG, LYNN WHITT, AND CLARISSA WILLIS, M.D., Appellees

Appeal from the 152nd District Court of Harris County. (Tr. Ct. No. 2014-22740).

**TO THE 152ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the interlocutory order signed by the trial court on November 21, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order denying Manfred Fink's motion to dismiss based on governmental immunity. Accordingly, the Court **reverses** the trial court's order, **dismisses** the claims against him, and **renders** judgment in his favor.

The Court orders that the appellees, Joann D. Anderson, Betty Bailey, Doug Bird, Ann Brown, Brad Bullock, M.D., Jim Byron, Mike Clann, Claire Crowder, Evan Quiros, Paul Fulmer, M.D., Eric Geibel, Mark Griffin, Steve Gerguis, Stacey Harvey, Bill Henderson, Allen Holt, Linda Hudson, Cullen Kappler, Ralph Kirkland, Sam Lo, M.D., Thomas Lu, M.D., Gailer Miller Hold, Mary Quiros, Larry Sams, Bob Solberg, Lynn Whitt, and Clarissa Willis, M.D., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 24, 2015.

Panel consists of Justices Jennings, Brown, and Lloyd. Opinion delivered by Justice Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

